IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUIDETECH, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>BRILLIANT INSTRUMENTS, INC., et al.,<br><br>        Defendants. | No. 10cv05669 CW<br><br>CASE MANAGEMENT ORDER |

The above referenced case has been reassigned to the undersigned pursuant to a related case order. The parties shall advise the Court within four days whether they are willing, if this case is not remanded, to abide by the case management schedule set in the related case.

A Motion to Remand was filed in this case on January 12, 2011; the opposition is due February 15, 2011; the reply is due February 22, 2011. The Motion to Remand will be decided on the papers.

If the parties are not willing to abide by the dates in the related case, and this case is not remanded, a case management conference will be held in this case on Tuesday, March 15, 2011 at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612. A joint Case Management Statement will be due one week prior to the conference.

IT IS SO ORDERED.

Dated: 1/25/2011

CLAUDIA WILKEN
United States District Judge