IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUIDETECH, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>BRILLIANT INSTRUMENTS, INC.; and<br>SHALOM KATTAN,<br><br>        Defendants.<br>_____/ | No. C 10-05669 CW<br><br>ORDER REMANDING<br>CASE TO SANTA<br>CLARA COUNTY<br>SUPERIOR COURT |

    On March 8, 2011, the Court granted Plaintiff GuideTech, LLC's motion to remand this action to Santa Clara County Superior Court and for attorneys' fees for improper removal.  The Court stayed its Order for three days to allow the parties to discuss whether Plaintiff may bring its claims in this action as counterclaims in <u>Brilliant Instruments, Inc. v. GuideTech, LLC</u>, Case No. C 09-5517 CW (N.D. Cal.).  The parties were required to indicate, by March 11, 2011, whether they reached an agreement.  The parties did not respond to the Court's Order.

    Accordingly, the Clerk shall remand this action to Santa Clara County Superior Court.  Because Defendants Brilliant Instruments, Inc., and Shalom Kattan lacked an objectively reasonable basis to remove this case, they shall remit to Plaintiff $3,375.00 for attorneys' fees it incurred as a result of the removal.  Defendants shall pay this amount forthwith.

1   The initial case management conference set for March 15, 2011
2 is VACATED.
3   IT IS SO ORDERED.

5 Dated: March 14, 2011

CLAUDIA WILKEN
United States District Judge